McGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
PATRICK SNYDER,
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA CARRANZA,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:19-cv-01354-CKD<br><br>**STIPULATION & ORDER TO REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.

As noted, this stipulation constitutes a remand under the *fourth sentence* of Section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).

Respectfully submitted,

Dated: March 11, 2020

McGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

BY: */s/ Patrick Snyder*
PATRICK SNYDER
Special Assistant U.S. Attorney
Attorneys for Defendant

Dated: March 9, 2020

BY: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

(as authorized by email on 3.9.20)

## **ORDER**

Good cause appearing, pursuant to stipulation, IT IS SO ORDERED.

Dated: March 12, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE